IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-mj- 491 |
| | ) | |
| DAVID C. HUBER, | ) | Court Date: 8/25/2025 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1121984)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 3, 2024, at or near Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DAVID C. HUBER, did unlawfully drive and operate a motor vehicle while under the influence of any narcotic drug or any other self-administered intoxicant or drug of whatsoever nature, or any combination of such drugs, to a degree which impairs his ability to operate any motor vehicle.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Sections 18.2-266(iii).)

        Respectfully submitted,

        Erik S. Siebert
        United States Attorney

By:        _____/s/_____
        Richard Krupczak
        Special Assistant United States Attorney
        United States Attorney's Office
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Phone: 703-299-3902
        Fax: 703-299-3980
        Email: Richard.krupczak@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on August 18, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:       /s/
Richard Krupczak
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: Richard.krupczak@usdoj.gov